## W.S.B. & ASSOCIATES, INC., Petitioner–Appellant,

v.

## SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1877, Respondent–Appellee.

### No. 09–17252.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 14, 2011.*

Filed Jan. 19, 2011.

Robert Fried, Elizabeth P. Lind, Esquire, Atkinson, Andelson, Loya Ruud & Romo the Atrium, Pleasanton, CA, for Petitioner–Appellant.

William Daniel Boone, Manjari Chawla, Weinberg Roger & Rosenfeld, Alameda, CA, for Respondent–Appellee.

Before: WALLACE, NOONAN, and SILVERMAN, Circuit Judges.

### MEMORANDUM **

W.S.B. & Associates, Inc. ("WSB") raised its objection to the collective bargaining agreement's liquidated damages clause for the first time in its motion for summary judgment. Because WSB did not sufficiently present this ground for vacating the arbitration award to the district court, its objection is waived on appeal. *See Navajo Nation v. U.S. Forest*

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

*Serv.*, 535 F.3d 1058, 1079–80 (9th Cir. 2008) (en banc), *cert. denied,* —— U.S. ——, 129 S.Ct. 2763, 174 L.Ed.2d 270 (2009); Fed.R.Civ.P. 8(a).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

